1012

[No. 22689-8-II.     Division Two.     November 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAN MARTIN
UNDEM, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 97-1-00196-2, David E. Foscue, J.,
entered November 17, 1997. *Affirmed* by unpublished
opinion per Seinfeld, J., concurred in by Houghton, C.J.,
and Hunt, J.

[No. 23029-1-II.     Division Two.     November 20, 1998.]

JOHN W. GURRAD, ET AL., *Appellants*, v. KLIPSUN WATERS
HOMEOWNER'S ASSOCIATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 97-2-01516-0, Richard A. Strophy, J.,
entered March 4, 1998. *Affirmed in part* and *reversed in
part* by unpublished opinion per Bridgewater, A.C.J.,
concurred in by Morgan and Seinfeld, JJ.

[No. 37000-6-I.     Division One.     November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN D.
GARNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00945-6, Liem E. Tuai, J., entered July
19, 1995. *Dismissed* by unpublished per curiam opinion.

[Nos. 40201-3-I; 40202-1-I.     Division One.     November 23, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE
STEVENSON, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 96-1-03989-2, Ann Schindler, J., entered Janu-
ary 23, 1997. *Dismissed* by unpublished per curiam opinion.